```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
NOAH BANK,                         :
                                   :
               Plaintiff,          :     **18 Civ. 9689(VM)**
                                   :
       -against-                   :     <u>**ORDER**</u>
                                   :     <u>**DISMISSAL FOR FAILURE**</u>
FIRST AVE LEE'S MARKET, INC.,      :     <u>**TO PROSECUTE**</u>
BUM TAK LEE,                       :
                                   :
               Defendants          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

A review of the Docket Sheet for the above-captioned case indicates that no action has been taken since the Clerk of Court filed the Certificate of Default on February 21, 2019. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action and close this case for lack of prosecution without prejudice, provided that within five days of the date of this Order plaintiff may request reinstatement of the case to the Court's active docket.

**SO ORDERED:**

Dated:   New York, New York
         March 28, 2022

_____
Victor Marrero
U.S.D.J.